# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK MAY 01 2025 ATLANTA, GA]*

April 22, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: Cambridge Christian Schools, Inc.
v. Florida High Schools Athletic Association, Inc.
Application No. 24A1024
(Your No. 22-11222) —JT

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on April 22, 2025, extended the time to and including June 6, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *[signature]*

Sara Simmons
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jesse Michael Panuccio
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC  20005


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
IMI
$000.69
04/24/2025 ZIP 20543
043M31261251

CLEARED SECURITY

MAY 01 2025

U.S. MARSHALS SERVICE
Atlanta, GA

3030332295 C007