# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 10, 2025

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

     Re:  Cambridge Christian School, Inc.
          v. Florida High School Athletic Association, Inc.
          No. 24-1261
          (Your No. 22-11222)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 6, 2025 and placed on the docket June 10, 2025 as No. 24-1261.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst